# Certificate of Service

District/Off: 0101-1    User: elombard                    Date printed: 6/23/2011
Case: 11-01204          Form ID: summons    Total: 1


aty  Christopher Lee  P.O. Box 855        New London, NH 03257-0855